**Opinion issued December 12, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00710-CV

———————————

## KASSIRIM ONYERI, Appellant

## V.

## TB ROBINSON LAW GROUP PLLC, TERRRENCE B. ROBINSON, SEAN MILLER, JOANNA NAKAMOTO, ASHOK BAIL, AND THE BAIL LAW FIRM PLLC, Appellees

---

On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Case No. 2022-14015

---

## MEMORANDUM OPINION

Appellant, Kassirim Onyeri, has filed an unopposed motion for voluntary dismissal of this appeal. No opinion has issued in this appeal. Accordingly, we grant

the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Countiss, and Farris.